UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RXEED, LLC,

                    Plaintiff,

          -against-                                    26-CV-331 (JGLC)

CAREMARK, LLC,                                         **ORDER**

                    Defendant.

JESSICA G. L. CLARKE, United States District Judge:

In paragraph 20 of the parties proposed Case Management Plan and Scheduling Order, Defendant requests that discovery in this matter be stayed pending resolution of its Motion to Dismiss or any motion to dismiss Plaintiff's anticipated amended complaint. ECF No. 25-1 at 6. Plaintiff does not object to this request. *Id*. Accordingly, the Court grants this request and adjourns the conference in this matter, previously scheduled for March 3, 2026, at 3:30 p.m., *sine die*. Discovery is stayed pending resolution of Defendant's Motion to Dismiss, or any motion to dismiss filed in response to Plaintiff's anticipated amended complaint.

Dated:  March 2, 2026
        White Plains, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge